Dale C. Campbell, State Bar No. 99173
Brendan Begley, State Bar No. 202563
Emerson B. Luke, State Bar No. 307963
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff RiceBran Technologies
f/k/a NutraCea

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICEBRAN TECHNOLOGIES, a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>OSMAR TEIXEIRA DO AMARAL BRITO, et al.,<br><br>  Defendants. | Case No. 3:16-mc-80040-JCS<br><br>~~SECOND~~ AMENDED [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO LEVY ESCROW ACCOUNT<br><br>Date:      March 18, 2016<br>Time:      2:00 PM<br>Courtroom: G<br><br>Judgment Entered: January 11, 2016<br><br>Judgment Registered: February 19, 2016 |

[~~PROPOSED~~] ORDER

The motion filed on March 1, 2016, by Plaintiff RiceBran Technologies ("Plaintiff") for an Order Authorizing Levy of Escrow Account is supported by good cause and is hereby GRANTED. Accordingly, Plaintiff is hereby authorized to levy and withdraw $1,912,176.45 from the escrow account held by Etron in account no. 121014000 at U.S. Bank N.A. in San Francisco, California, pursuant to rule 69(a)(1) of the Federal Rules of Civil Procedure and sections 700.140 et seq. of the California Code of Civil Procedure.

This Order corrects and supersedes the previous Order filed at docket no. 13.

SO ORDERED.

Dated: March 21, 2016

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

{2034225.DOCX;}                                       1                    SECOND AMENDED [Proposed] Order Granting Motion to Levy Escrow Account